M. P. No. 77-279. Douglas Wilbour *v*. Eugene P. Petit, Jr., *in his capacity as Registrar of Motor Vehicles, Department of Transportation for the State of Rhode Island*. The petition for writ of certiorari is granted and the writ shall issue forthwith. *William G. Savastano*, for petitioner. *Stephen F. Mullen*, Office of Special Counsel, for respondent.

M. P. No. 77-283. The Zoning Board of Review, Town of Coventry *v*. Arnold Anderson *and* Ruth Anderson. The petition for writ of certiorari is denied. *Town of East Greenwich* v. *Day*, 375 A.2d 953 (1977). *Raymond R. Pezza*, Assistant Town Solicitor, for petitioner. *Leonard A. Kiernan, Jr.*, for respondents.

M. P. No. 77-288. Town of Westerly *v*. James R. Parker. The petition for writ of certiorari is granted and the writ shall issue forthwith.

The defendant's motion for release is denied as moot.

The defendant's motion for a stay pending review is granted.

The petition for writ of habeas corpus is granted and the writ shall issue forthwith. *Vincent J. Naccarato*, Town Solicitor, for plaintiff-respondent. *William F. Reilly*, Public Defender, *Barbara Hurst*, Chief Appellate Attorney, Office of Public Defender, for defendant-petitioner.

M. P. No. 77-293. State of Rhode Island *v*. Alfred Bishop. In this petition for writ of certiorari, the petitioner cites *In re Caldarone*, 115 R.I. 316, 345 A.2d 871 (1975). However, in the present case, contrary to the facts in *Caldarone*, an appeal was filed. Accordingly, the petition for certiorari is denied.

This denial is without prejudice to the petitioner's filing a motion in this court under Rule 11(c) showing that the inability of the petitioner to cause timely transmission of the